IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIE ALONZO SPARKMAN, JR.,<br><br>Defendant. | Case No. 3:24-cr-130<br><br>**UNITED STATES MOTION TO RESET HEARING DATE** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Richard M. Lee, Assistant United States Attorney, hereby moves the Court for an Order continuing the hearing currently set for September 19, 2024. This motion is based on the following:

The Defendant is currently serving a prison sentence in Minnesota for murder. In this case, the Defendant has signed a preindictment plea agreement and the Court issued a Writ ordering the Defendant to appear in Fargo on September 19, 2024. While the FBI was coordinating the logistics of transporting the Defendant to Fargo, the FBI learned:

1. The Defendant recently had a medical procedure;

2. The Defendant is taking pain medication;

3. The Defendant is mostly confined to bedrest;

4. The Defendant's treatment providers are recommending that Defendant not be transported due to his present medical condition; and

5. The Defendant's treatment providers believe Defendant will be well enough for transport in approximately four weeks.

The United States is also requesting the new hearing date not be November 26 through December 5, 2024, due to the unavailability of law enforcement.

Dated: September 16, 2024

                                    MAC SCHNEIDER  
                                    United States Attorney

By:   */s/ Richard M. Lee*  
      RICHARD M. LEE  
      Assistant United States Attorney  
      ND Bar ID 07647  
      655 First Avenue North, Suite 250  
      Fargo, ND  58102-4932  
      (701) 297-7400  
      richard.lee3@usdoj.gov  
      Attorney for United States